# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES STEEL CORPORATION,**
*Plaintiff-Appellant*

**NUCOR CORPORATION,**
*Plaintiff*

v.

**UNITED STATES, BLUESCOPE STEEL (AIS) PTY LTD., BLUESCOPE STEEL LTD, BLUESCOPE STEEL AMERICAS, INC.,**
*Defendants-Appellees*

---

2022-2078

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03815-RKE, Senior Judge Richard K. Eaton.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 4, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $30.24 and taxed against the appellant.

FOR THE COURT

May 28, 2024
Date

Jarrett B. Perlow
Clerk of Court